```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 45666
    ALBERT L MATA SR
    MARY JANE MATA                           CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0371    SSN XXX-XX-2863
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/07/05 and confirmed on 12/16/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 45720.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| OSWEGO COMMUNITY BANK | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2006.68 | .00 | 1023.41 |
| BECKET & LEE LLP | UNSECURED | 2674.14 | .00 | 1363.81 |
| SMC | UNSECURED | 2000.79 | .00 | 1020.40 |
| CAPITAL ONE BANK | UNSECURED | 1021.85 | .00 | 521.14 |
| CAPITAL ONE BANK | UNSECURED | 2401.65 | .00 | 1224.84 |
| CAPITAL ONE BANK | UNSECURED | 1555.27 | .00 | 793.19 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4988.81 | .00 | 2544.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5997.79 | .00 | 3058.87 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6287.30 | .00 | 3206.52 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6726.02 | .00 | 3430.27 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6395.97 | .00 | 3261.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2511.84 | .00 | 1281.04 |
| ROUNDUP FUNDING LLC | UNSECURED | 3383.89 | .00 | 1725.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7589.39 | .00 | 3870.59 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3229.79 | .00 | 1647.19 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KOHLS | UNSECURED | 2216.85 | .00 | 1130.59 |
| LINCOLNWAY DENTIST | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 1854.33 | .00 | 945.71 |
| ECAST SETTLEMENT CORP | UNSECURED | 2747.82 | .00 | 1401.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 1745.36 | .00 | 890.13 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4166.34 | .00 | 2124.83 |

```
SEARS BKRUPTCY RCVRY MGM  UNSECURED     NOT FILED          .00         .00
SPIEGEL                   UNSECURED     NOT FILED          .00         .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        789.52          .00      402.66
TARGET NATIONAL BANK      UNSECURED        537.36          .00      274.05
TARGET NATIONAL BANK      UNSECURED       5505.53          .00     2807.82
ROUNDUP FUNDING LLC       UNSECURED        406.52          .00      207.33
VISA                      UNSECURED     NOT FILED          .00         .00
ECAST SETTLEMENT CORPORA  UNSECURED        773.75          .00      394.61
ECAST SETTLEMENT CORPORA  UNSECURED       1771.43          .00      903.43
ECAST SETTLEMENT CORPORA  UNSECURED       1290.48          .00      658.14
ECAST SETTLEMENT CORPORA  UNSECURED        501.10          .00      255.56
ECAST SETTLEMENT CORPORA  UNSECURED        777.97          .00      396.76
          Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00    83855.54         .00    83855.54
PRINCIPAL PAID           .00         .00    42766.29         .00    42766.29
INTEREST PAID            .00         .00         .00         .00         .00
TOTAL PAID               .00         .00    42766.29         .00    42766.29
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   2200.00
and was paid $   1306.00   direct and $    894.00   through the plan.

The Trustee received $   2010.02 .

Refunds to the Debtor totaled $     49.69 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 05 B 45666 ALBERT L MATA SR & MARY JANE MATA